# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LACEFIELD, TRAVIS WAYNE | § | Case No. 15-20840 JBS |
| GREEN-LACEFIELD, DONNA M. | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/16/2015 . The case was converted to one under Chapter 7 on 05/08/2017 . The undersigned trustee was appointed on 05/08/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 15,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 754.30 |
| Bank service fees | | 42.41 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 14,203.29 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/03/2017 and the deadline for filing governmental claims was 11/03/2017 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/26/2018              By: /s/ANDREW J. MAXWELL, TRUSTEE
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-20840 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | LACEFIELD, TRAVIS WAYNE | | | Date Filed (f) or Converted (c): | 05/08/17 (c) |
| | GREEN-LACEFIELD, DONNA M. | | | 341(a) Meeting Date: | 06/20/17 |
| For Period Ending: | 03/26/18 | | | Claims Bar Date: | 11/03/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 223 Indian Street Park Forest, IL 60466-1163 | 112,000.00 | 15,000.00 | | 15,000.00 | FA |
| Amended A current value 37,325.00 | | | | | |
| Debtor Claimed Exemption | | | | | |
| 2. Financial Accounts | 9,720.40 | 0.00 | | 0.00 | FA |
| Saving's Account Bank of America | | | | | |
| 3. Financial Accounts | 47.98 | 0.00 | | 0.00 | FA |
| Checking Account Bank of America | | | | | |
| 4. Financial Accounts | 150.00 | 0.00 | | 0.00 | FA |
| Saving's Account Bank of America | | | | | |
| 5. Financial Accounts | 121.00 | 0.00 | | 0.00 | FA |
| Checking Account Chase Bank | | | | | |
| 6. Financial Accounts | 130.00 | 0.00 | | 0.00 | FA |
| Saving's Account Chase Bank | | | | | |
| 7. Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| Household Goods & Furnishings | | | | | |
| 8. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| Wearing Appare; | | | | | |
| 9. Pension / Profit Sharing | 3,544.61 | 0.00 | | 0.00 | FA |
| Indiana Harbor Belt Railroad Agreement Employee Saving's Plan 401K Retirement Plan | | | | | |
| 10. Support | 9,878.81 | 0.00 | | 0.00 | FA |
| Proceeds for Water Damage to Property from Insurance Company | | | | | |
| 11. Vehicles | 2,541.00 | 0.00 | | 0.00 | FA |
| 2004 Chrysler Pacifica Mileage = 150,000 | | | | | |
| 12. Vehicles | 4,182.00 | 0.00 | | 0.00 | FA |
| 2005 Ford F150 Super Cab Mileage = 189,000 | | | | | |

Case 15-20840 Doc 88 Filed 04/17/18 Entered 04/17/18 14:34:29 Desc Main
Document Page 4 of 11

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

Case No:      15-20840    JBS    Judge: JACK B. SCHMETTERER          Trustee Name:                ANDREW J. MAXWELL, TRUSTEE
Case Name:    LACEFIELD, TRAVIS WAYNE                                Date Filed (f) or Converted (c):   05/08/17 (c)
              GREEN-LACEFIELD, DONNA M.                               341(a) Meeting Date:         06/20/17
                                                                     Claims Bar Date:             11/03/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $143,815.80 | $15,000.00 |  | $15,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR in progress

Trustee completed claims objections

settled with Ds to pay in equity from RE

trustee objected to 2 secured claims; one reduced in 12-17 and the second disallowed in 1-18

TFR in progress 1-11-18


Initial Projected Date of Final Report (TFR): 02/28/18       Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-20840 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LACEFIELD, TRAVIS WAYNE | Bank Name: | ASSOCIATED BANK |
|  | GREEN-LACEFIELD, DONNA M. | Account Number / CD #: | *******2987 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6012 | | |
| For Period Ending: | 03/26/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/17 | 1 | TRAVIS AND DONNA LACEFIELD CASHIER'S CHECK NO 1633110475 | SETTLEMENT AGREEMENT RE | 1110-000 | 15,000.00 | | 15,000.00 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.86 | 14,979.14 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,957.59 |
| 01/30/18 | 010001 | Keith Schumann Keith Schumann@Properties 1875 N. Damen Avenue Chicago, IL 60647 | Broker compensation per o/c 1/25/2018 | 3510-000 | | 750.00 | 14,207.59 |
| 02/13/18 | 010002 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PAYMENTS BOND # 016073584 TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 4.30 | 14,203.29 |

|  | COLUMN TOTALS | 15,000.00 | 796.71 | 14,203.29 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 15,000.00 | 796.71 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 15,000.00 | 796.71 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2987 | 15,000.00 | 796.71 | 14,203.29 |
| | 15,000.00 | 796.71 | 14,203.29 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    15,000.00    796.71

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 20.00g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 15-20840 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LACEFIELD, TRAVIS WAYNE | Bank Name: | ASSOCIATED BANK |
| | GREEN-LACEFIELD, DONNA M. | Account Number / CD #: | *******2987 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6012 | | |
| For Period Ending: | 03/26/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 26, 2018 |

Case Number:   15-20840
Debtor Name:   LACEFIELD, TRAVIS WAYNE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---:|---:|---:|
| 000002 070 7100-00 | American Credit Accept 961 E Main St Spartanburg, SC 29302 | Secured (2-1) 05 FORD F150 SUPERCAB vin A04365 claim 2 disallowed per court o/c 1/9/2018 Docket # 82 | $0.00 | $0.00 | $0.00 |
| 001 2100-00 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 Tax Id: 36-3557951 | Administrative | $2,250.00 | $0.00 | $2,250.00 |
| 050 3110-00 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 Tax Id: 37-1501169 | Administrative | $10,605.00 | $0.00 | $10,605.00 |
| 001 3120-00 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 Tax Id: 37-1501169 | Administrative | $91.75 | $0.00 | $91.75 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Administrative BOND PAYMENTS BOND # 016073584 TERM 02/01/1/ TO 02/01/19 | $4.30 | $4.30 | $0.00 |
| | | 2221932987     02/13/18    10002 | | 4.30 | |
| 000001 7100-00 | Santander Consumer Usa Inc Po Box 961245 Ft Worth, TX 76161-1245 | Unsecured (1-1) 2004 Chrysler Pacifica (1-1) modified on 6/29/15 to correct creditor address/name (nm) amount modified per o/c 12/19/2017 (Docket # 78) | $1,025.00 | $0.00 | $1,025.00 |
| 000003 070 7100-00 | MCOA City of Park Forest Municipal Collections of America Inc 3348 Ridge Rd Lansing, IL 60438-3112 | Unsecured | $195.00 | $0.00 | $195.00 |
| 000004 070 7100-00 | MCOA SSC Municipal Collections of America Inc 3348 Ridge Rd Lansing, IL 60438-3112 | Unsecured | $2,595.84 | $0.00 | $2,595.84 |
| 000005 070 7100-00 | Internal Revenue Service Insolvency Remittance Post Office Box 21125 | Unsecured | $0.00 | $0.00 | $0.00 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 26, 2018 |

Case Number: 15-20840                     Claim Class Sequence
Debtor Name: LACEFIELD, TRAVIS WAYNE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Philadelphia, PA 19114-0325 | | | | | |
| | Case Totals: | | | $16,766.89 | $4.30 | $16,762.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-20840 JBS
Case Name: LACEFIELD, TRAVIS WAYNE
         GREEN-LACEFIELD, DONNA M.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

| Balance on hand | $ | 14,203.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 10,605.00 | $ 0.00 | $ 8,045.70 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 91.75 | $ 0.00 | $ 91.75 |
| Other: INTERNATIONAL SURETIES, LTD | $ 4.30 | $ 4.30 | $ 0.00 |

| Total to be paid for chapter 7 administrative expenses | $ 10,387.45 |
| Remaining Balance | $ 3,815.84 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,815.84  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Santander Consumer Usa Inc | $ 1,025.00 | $ 0.00 | $ 1,025.00 |
| 000002 | American Credit Accept | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | MCOA | $ 195.00 | $ 0.00 | $ 195.00 |
| 000004 | MCOA | $ 2,595.84 | $ 0.00 | $ 2,595.84 |
| 000005 | Internal Revenue Service | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $      3,815.84

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

 Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

 Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE