IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | No. 15-20840 |
| LACEFIELD, TRAVIS WAYNE, ) | |
| GREEN-LACEFIELD, DONNA M. ) | Hon. Jack B. Schmetterer |
| ) | Chapter 7 |
| Debtor(s) ) | |

CERTIFICATE OF SERVICE

    The undersigned attorney certifies that (s) he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon the United States Trustee, Debtor's attorney (if any), and any others having registered, pursuant to Section II(B)(4) of the Administrative Procedures for the Case Management/Electronic Case Filing System through the Court's Electronic Notice for Registrants, and on other parties by depositing same into the United States Mail, postage prepaid, on or before April 17, 2018.

                                */s/ Andrew J. Maxwell*

                                Andrew J. Maxwell (ARDC #1799150)
                                **Maxwell Law Group, LLC**
                                20 N. Clark Street, Suite 200
                                Chicago, IL 60602
                                312/368-1138

## SERVICE LIST

Santander Consumer Usa Inc
Po Box 961245
Ft Worth, TX 76161-1245

American Credit Accept
961 E Main St
Spartanburg, SC 29302

MCOA
City of Park Forest
Municipal Collections of America Inc
3348 Ridge Rd
Lansing, IL 60438-3112

MCOA
SSC
Municipal Collections of America Inc
3348 Ridge Rd
Lansing, IL 60438-3112

Internal Revenue Service
Insolvency Remittance
Post Office Box 21125
Philadelphia, PA 19114-0325

American Financial Credit Services
10333 N. Meridian Street, Suite 270
Indianapolis, IN 46290-1144

Asset Acceptance, LLC
P.O. Box 2036
Warren, MI 48090-2036

AT&T
P.O. Box 8100
Aurora, IL 60507-8100

Eos Cca
Po Box 981008
Boston, MA 02298

MCM
Dept. 12421
P.O. Box 603
Chicago, IL 60680-6330

Resurgence Financial LLC
1161 Lake Cook Road, Suite B
Deerfield, IL 60015

Superior Asset Management, Inc.
1000 Abernathy Road, Suite 165
Atlanta, GA 30328

US Bank National Association
99 Indianwood Blvd.
Park Forest, IL 60466