UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
§
LACEFIELD, TRAVIS WAYNE § Case No. 15-20840 JBS
GREEN-LACEFIELD, DONNA M. §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 9,392.38 *(Without deducting any secured claims)* | Assets Exempt: 52,423.42 |
| Total Distributions to Claimants:  3,815.84 | Claims Discharged Without Payment:  46,015.30 |
| Total Expenses of Administration:  11,184.16 | |

3) Total gross receipts of $ 15,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 15,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 13,874.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,743.46 | 13,743.46 | 11,184.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,394.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,621.30 | 16,788.80 | 3,815.84 | 3,815.84 |
| **TOTAL DISBURSEMENTS** | $ 59,889.30 | $ 30,532.26 | $ 17,559.30 | $ 15,000.00 |

 4) This case was originally filed under chapter 7 on 06/16/2015 , and it was converted to chapter 7 on 05/08/2017 . The case was pending for 14 months.

 5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

 6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

 Dated: 06/25/2018             By:/s/ANDREW J. MAXWELL, TRUSTEE
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 223 Indian Street Park Forest, IL 60466-1163 | 1110-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Credit Accept 961 E Main St Spartanburg, SC 29302 | | 9,522.00 | NA | NA | 0.00 |
| | Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 | | 4,352.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 13,874.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:ANDREW J. MAXWELL, TRUSTEE | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 4.30 | 4.30 | 4.30 |
| ASSOCIATED BANK | 2600-000 | NA | 42.41 | 42.41 | 42.41 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):MAXWELL LAW GROUP, LLC | 3110-000 | NA | 10,605.00 | 10,605.00 | 8,045.70 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):MAXWELL LAW GROUP, LLC | 3120-000 | NA | 91.75 | 91.75 | 91.75 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):KEITH SCHUMANN | 3510-000 | NA | 750.00 | 750.00 | 750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 13,743.46 | $ 13,743.46 | $ 11,184.16 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Insolvency Remittance Post Office Box 21125 Philadelphia, PA 19114-0325 | | 1,394.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,394.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Mobility P.O. Box 6416 Carol Stream, IL 60197-6428 | | 200.00 | NA | NA | 0.00 |
| | AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | 1,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate South Suburban Hospital 17800 Kedzie Avenue Hazel Crest, IL 60429 | | 75.00 | NA | NA | 0.00 |
| | Affiliated Managemen 7219 Metcalf Suite 202 Overland Park, KS 66204-0947 | | 125.00 | NA | NA | 0.00 |
| | Allied Interstate, Inc. P.O. Box 361477 Columbus, OH 43236 | | 802.74 | NA | NA | 0.00 |
| | American Financial Cre 10333 N Meridian St Ste Indianapolis, IN 46290 | | 157.00 | NA | NA | 0.00 |
| | American Financial Credit Services 10333 N. Meridian Street, Suite 270 Indianapolis, IN 46290-1144 | | 1,550.14 | NA | NA | 0.00 |
| | Arc 2915 Professional Parkway Augusta, GA 30907-3540 | | 102.00 | NA | NA | 0.00 |
| | Asset Acceptance LLC P.O. Box 2036 Warren, MI 48030-2036 | | 320.44 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance, LLC P.O. Box 2036 Warren, MI 48090-2036 | | 1,073.00 | NA | NA | 0.00 |
| | Bay Area Credit Service P.O.Box 467600 Atlanta, GA 31146 | | 360.24 | NA | NA | 0.00 |
| | Carson Pirie Scott Lincoln Mall Matteson, IL 60443 | | 100.00 | NA | NA | 0.00 |
| | Cci Contract Callers I 501 Green St 3rd F Augusta, GA 30901 | | 102.00 | NA | NA | 0.00 |
| | Charter One Bank DDA Recovery Riverside, RI 02915 | | 169.70 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 286.00 | NA | NA | 0.00 |
| | Dynamic Recovery Solut 135 Interstate Blvd Unit Greenville, SC 29615 | | 33.00 | NA | NA | 0.00 |
| | Eos Cca Po Box 981008 Boston, MA 02298 | | 1,988.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FMA Alliance Ltd. 11811 North Freeway Suite 900 Houston, TX 77060 | | 502.72 | NA | NA | 0.00 |
| | Firstsource Advantage, LLC 205 Bryant Woods South Amherst, NY 14228 | | 482.85 | NA | NA | 0.00 |
| | Harris N.A. P.O. Box 6201 Carol Stream, IL 60197-6201 | | 200.00 | NA | NA | 0.00 |
| | Leading Edge Recovery Solutions P.O. Box 129 Linden, MI 48451-0129 | | 169.70 | NA | NA | 0.00 |
| | MCM Dept. 12421 P.O. Box 603 Chicago, IL 60680-6330 | | 2,446.42 | NA | NA | 0.00 |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | 350.00 | NA | NA | 0.00 |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | 135.00 | NA | NA | 0.00 |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | 125.00 | NA | NA | 0.00 |
| | Municollofam 3348 Ridge Road Lansing, IL 60438 | | 70.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northland Group Inc. P.O. Box 390846 Edina, MN 55439 | | 522.71 | NA | NA | 0.00 |
| | Northland Group Inc. P.O. Box 390846 Edina, MN 55439 | | 308.53 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL 60008 | | 177.00 | NA | NA | 0.00 |
| | OnProcess Technology 200 Homer Avenue Ashland, MA 01721 | | 500.00 | NA | NA | 0.00 |
| | Regional Recovery Serv 5250 S Homan Ave Hammond, IN 46320 | | 115.00 | NA | NA | 0.00 |
| | Resurgence Financial LLC 1161 Lake Cook Road, Suite B Deerfield, IL 60015 | | 5,388.27 | NA | NA | 0.00 |
| | SEARS CREDIT CARDS P.O. BOX 18301 Columbus, OH 43218 | | 470.00 | NA | NA | 0.00 |
| | South Emergency Physician Group P.O. Box 4623 Carol Stream, IL 60122-4623 | | 125.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Superior Asset Management, Inc. 1000 Abernathy Road, Suite 165 Atlanta, GA 30328 |  | 20,985.00 | NA | NA | 0.00 |
|  | TCF National Bank 800 Burr Ridge Pkwy Willowbrook, IL 60527 |  | 500.00 | NA | NA | 0.00 |
|  | Tate & Kirlin Associates 2810 Southhampton Road Philadelphia, PA 19154 |  | 468.27 | NA | NA | 0.00 |
|  | Tate & Kirlin Associates 2810 Southhampton Road Philadelphia, PA 19154 |  | 522.71 | NA | NA | 0.00 |
|  | Transworld Systems 2235 Mercury Way, Suite 275 Santa Rosa, CA 95407 |  | 206.43 | NA | NA | 0.00 |
|  | Transworld Systems Inc. Collection Agency 25 Northwest Point Blvd #750 Elk Grove Village, IL 60007 |  | 206.43 | NA | NA | 0.00 |
|  | US Bank National Association 99 Indianwood Blvd. Park Forest, IL 60466 |  | 1,000.00 | NA | NA | 0.00 |
| 000002 | AMERICAN CREDIT ACCEPT | 7100-000 | NA | 9,616.16 | 0.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000003 | MCOA | 7100-000 | NA | 195.00 | 195.00 | 195.00 |
| 000004 | MCOA | 7100-000 | NA | 2,595.84 | 2,595.84 | 2,595.84 |
| 000001 | SANTANDER CONSUMER USA INC | 7100-000 | NA | 4,381.80 | 1,025.00 | 1,025.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 44,621.30 | $ 16,788.80 | $ 3,815.84 | $ 3,815.84 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 15-20840 JBS Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LACEFIELD, TRAVIS WAYNE | Date Filed (f) or Converted (c): | 05/08/17 (c) |
| | GREEN-LACEFIELD, DONNA M. | 341(a) Meeting Date: | 06/20/17 |
| For Period Ending: | 06/25/18 | Claims Bar Date: | 11/03/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 223 Indian Street Park Forest, IL 60466-1163  Amended A current value 37,325.00  Debtor Claimed Exemption | 112,000.00 | 15,000.00 | | 15,000.00 | FA |
| 2. Financial Accounts  Saving's Account Bank of America | 9,720.40 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts  Checking Account Bank of America | 47.98 | 0.00 | | 0.00 | FA |
| 4. Financial Accounts  Saving's Account Bank of America | 150.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts  Checking Account Chase Bank | 121.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts  Saving's Account Chase Bank | 130.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods  Household Goods & Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel  Wearing Appare; | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Pension / Profit Sharing  Indiana Harbor Belt Railroad Agreement Employee Saving's Plan 401K Retirement Plan | 3,544.61 | 0.00 | | 0.00 | FA |
| 10. Support  Proceeds for Water Damage to Property from Insurance Company | 9,878.81 | 0.00 | | 0.00 | FA |
| 11. Vehicles  2004 Chrysler Pacifica Mileage = 150,000 | 2,541.00 | 0.00 | | 0.00 | FA |
| 12. Vehicles  2005 Ford F150 Super Cab Mileage = 189,000 | 4,182.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00i

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-20840 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | LACEFIELD, TRAVIS WAYNE | | | Date Filed (f) or Converted (c): | 05/08/17 (c) |
| | GREEN-LACEFIELD, DONNA M. | | | 341(a) Meeting Date: | 06/20/17 |
| | | | | Claims Bar Date: | 11/03/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $143,815.80 | $15,000.00 | | $15,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

hearing on TFR is scheduled for May 29 2018 @ 10:30am

TFR submitted on 4/13/2018

Trustee completed claims objections

settled with Ds to pay in equity from RE

trustee objected to 2 secured claims; one reduced in 12-17 and the second disallowed in 1-18

TFR in progress 1-11-18


Initial Projected Date of Final Report (TFR): 02/28/18     Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-20840 -JBS | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | LACEFIELD, TRAVIS WAYNE | | Bank Name: | ASSOCIATED BANK |
| | GREEN-LACEFIELD, DONNA M. | | Account Number / CD #: | *******2987 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-6606012 | | | |
| For Period Ending: | 06/25/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/17 | 1 | TRAVIS AND DONNA LACEFIELD CASHIER'S CHECK NO 1633110475 | SETTLEMENT AGREEMENT RE | 1110-000 | 15,000.00 | | 15,000.00 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.86 | 14,979.14 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,957.59 |
| 01/30/18 | 010001 | Keith Schumann Keith Schumann@Properties 1875 N. Damen Avenue Chicago, IL 60647 | Broker compensation per o/c 1/25/2018 | 3510-000 | | 750.00 | 14,207.59 |
| 02/13/18 | 010002 | INTERNATIONAL SURETIES, LTD SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | BOND PAYMENTS BOND # 016073584 TERM 02/01/1/ TO 02/01/19 | 2300-000 | | 4.30 | 14,203.29 |
| 05/30/18 | 010003 | ANDREW J. MAXWELL, TRUSTEE 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | Trustee Compensation o/c 5.29.2018 | 2100-000 | | 2,250.00 | 11,953.29 |
| 05/30/18 | 010004 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | attorney expenses o/c 5.29.2018 | 3120-000 | | 91.75 | 11,861.54 |
| 05/30/18 | 010005 | MAXWELL LAW GROUP, LLC 20 N. CLARK ST. SUITE 200 CHICAGO, IL 60602 | attorneys fees o/c 5.29.2018 | 3110-000 | | 8,045.70 | 3,815.84 |
| 05/30/18 | 010006 | Santander Consumer Usa Inc Po Box 961245 Ft Worth, TX 76161-1245 | Claim # 1, Final Payment o/c 5.29.2018 | 7100-000 | | 1,025.00 | 2,790.84 |
| 05/30/18 | 010007 | MCOA | Claim # 3, Final Payment | 7100-000 | | 195.00 | 2,595.84 |

Page Subtotals        15,000.00        12,404.16

Ver: 20.00i

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 15-20840 -JBS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | LACEFIELD, TRAVIS WAYNE | Bank Name: | ASSOCIATED BANK |
|  | GREEN-LACEFIELD, DONNA M. | Account Number / CD #: | *******2987  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | 82-6606012 |  |  |
| For Period Ending: | 06/25/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/18 | 010008 | City of Park Forest<br>Municipal Collections of America Inc<br>3348 Ridge Rd<br>Lansing, IL 60438-3112<br>MCOA<br>SSC<br>Municipal Collections of America Inc<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 | 5.29.2018<br><br><br><br>Claim # 4, Final Payment<br>5.29.2018 | 7100-000 |  | 2,595.84 | 0.00 |

|  |  | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 15,000.00 | 15,000.00 |  |
|  |  | Less:  Payments to Debtors |  | 0.00 |  |
|  |  | Net | 15,000.00 | 15,000.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2987 | 15,000.00 | 15,000.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 15,000.00 | 15,000.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       2,595.84

Ver: 20.00i

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*